In the Matter of STEVEN C., a Person Alleged to be a Juvenile Delinquent, Appellant. [952 NYS2d 191]—

The court properly exercised its discretion when it denied appellant's request to convert the proceeding to a person in need

of supervision proceeding, and instead adjudicated him a juvenile delinquent and placed him on probation. The underlying incident was a violent attack on appellant's mother that involved a weapon. In addition, appellant had a history of physical altercations and intimidation, both in the home and at school, as well as a poor school record (*see e.g. Matter of Rosemary R.*, 29 AD3d 309 [1st Dept 2006]). The court properly concluded that probation pursuant to a juvenile delinquency adjudication was necessary in order to provide the proper level of control over appellant's behavior, and we reject appellant's arguments to the contrary. Concur—Tom, J.P., Mazzarelli, Andrias, DeGrasse and Román, JJ.